HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JESSE R. GLEASON, et al.,

    Plaintiffs,

    v.

HOLLAND AMERICA LINE – USA, INC., et al.,

    Defendants.

CASE NO. C13-2297RAJ

ORDER

The clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Court Judge.

The court GRANTS in part and DENIES in part the parties' stipulated motion (Dkt. # 24) to extend the stay of the case. The court extends the stay it imposed in its November 26 minute order to January 13, 2015. By that date, the parties shall either submit a joint dismissal of the case or a joint statement as described in the November 26 minute order.

The court denies the parties' request to strike the trial date, because the parties have not shown good cause to do so.

Dated this 29th day of December, 2014.

WILLIAM M. MCCOOL
Clerk

s/Rhonda Stiles
Deputy Clerk

MINUTE ORDER – 1